**Stem, Inc. (STEM)**                                                                                               **Scott Petersen**

## List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | STPK | 2/19/2021 | 570 | |
| Purchase | STPK | 3/10/2021 | 3,000 | $30.3800 |
| Exchange* | STPK->STEM | 4/29/2021 | 570 | $27.0500 |
| Exchange | STPK->STEM | 4/29/2021 | 3,000 | |
| Purchase | STEM | 5/4/2021 | 690 | $22.3900 |

*Exchange of 570 shares using 4/29/2021's closing price of STEM.