IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VISHAL LAWALE, et al.,

        Plaintiffs,

   v.

STEM, INC., et al.,

        Defendants.

Case No. 23-cv-02329-MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

Before the Court are defendants' "Motion to Dismiss Plaintiffs' Consolidated Complaint" and "Request for Judicial Notice in Support of their Motion to Dismiss Plaintiffs' Consolidated Complaint," both filed November 28, 2024. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for April 5, 2024.

    **IT IS SO ORDERED.**

Dated: March 29, 2024

MAXINE M. CHESNEY
United States District Judge