BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
JON FOUGNER, State Bar No. 314097
jon.fougner@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Stem, Inc. f/k/a Star
Peak Energy Transition Corp., John Carrington,
William Bush, Michael C. Morgan, Adam E.
Daley, Larsh Johnson, Prakesh Patel, Alan Russo,
and Bryan Ho*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re STEM, INC. SECURITIES LITIGATION | Master File No.: 3:23-cv-02329-MMC |
| | **NOTICE OF DECISION IN FOLLOW-ON DERIVATIVE LAWSUIT** |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

The Stem Defendants respectfully bring to the Court's attention a development in a related shareholder derivative lawsuit, pending in the United States District Court for the District of Delaware, alleging claims similar to those in this putative class action.  On January 31, 2025, Magistrate Judge Burke recommended to the District Court dismissal of the derivative action.  The Report and Recommendation is attached.  The reasoning of the decision at pages 8–17 is relevant to the adequacy of the Complaint in this class action.

Dated: February 3, 2025                                    FRESHFIELDS US LLP

                                                           By: _/s/ Boris Feldman_____
                                                                Boris Feldman

                                                           *Attorneys for Defendants Stem, Inc. f/k/a Star*
                                                           *Peak Energy Transition Corp., John Carrington,*
                                                           *William Bush, Michael C. Morgan, Adam E.*
                                                           *Daley, Larsh Johnson, Prakesh Patel, Alan*
                                                           *Russo, and Bryan Ho*

NOTICE OF DECISION
CASE NO. 3:23-cv-02329-MMC