IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEM, INC. SECURITIES LITIGATION | Case No. 23-cv-02329-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT** |

Before the Court is defendants' "Motion to Dismiss Plaintiffs' First Amended Consolidated Complaint," filed December 20, 2024. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 14, 2025.

**IT IS SO ORDERED.**

Dated: March 5, 2025

MAXINE M. CHESNEY
United States District Judge