ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
TAEVA C. SHEFLER (291637)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
tshefler@rgrdlaw.com

LEVI & KORSINSKY, LLP
DAVID C. JAYNES (338917)
1160 Battery Street, Suite 100
San Francisco, CA  94111
Telephone:  415/373-1671
djaynes@zlk.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEM, INC. SECURITIES LITIGATION | Master File No. 3:23-cv-02329-MMC |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF CHANGE IN COUNSEL PURSUANT TO L.R. 5-1(c)(2)(C) |
|    ALL ACTIONS. | |

4934-6545-5924.v1

1    PLEASE TAKE NOTICE that Alaina L. Gilchrist is hereby withdrawn as counsel for Lead Plaintiffs Vishal Lawale and Vishal P. Thakkar ("Plaintiffs").  Pursuant to Local Rule 5-1(c)(2)(C), Ms. Gilchrist's withdrawal is necessary because she is no longer associated with the firm Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  Therefore, she should be removed as attorney of record. Plaintiffs will continue to be represented by Robbins Geller and Levi & Korsinsky, LLP.

DATED:  April 9, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
TAEVA C. SHEFLER

              s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
tshefler@rgrdlaw.com

LEVI & KORSINSKY, LLP
SHANNON L HOPKINS (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Telephone:  203/992-4523
212/363-7171 (fax)
shopkins@zlk.com

LEVI & KORSINSKY, LLP
DAVID C. JAYNES
1160 Battery Street, Suite 100
San Francisco, CA  94111
Telephone:  415/373-1671
djaynes@zlk.com

Lead Counsel for Lead Plaintiffs