## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | NORTHERN DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: | 3:23-cv-02329 |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 05/12/2023 |

Date of judgment or order you are appealing: | 12/17/2025 and 12/18/2025 |

Docket entry number of judgment or order you are appealing: | 140-141 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Vishal Lawale and Vishal P. Thakkar, individually and on behalf of all others similarly situated

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? |                    |

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? |                    |

Your mailing address (if pro se):

|                    |

|                    |

City: |              | State: |        | Zip Code: |              |

Prisoner Inmate or A Number (if applicable): |              |

**Signature** | s/Willow E. Radcliffe | **Date** | Jan 15, 2026 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Vishal Lawale and Vishal P. Thakkar, individually and on behalf of all others similarly situated |

Name(s) of counsel (if any):

| |
|---|
| Harini P. Raghupathi<br>Robbins Geller Rudman & Dowd LLP |

Address: | 655 West Broadway, Suite 1900, San Diego, CA 92101

Telephone number(s): | (619) 231-1058

Email(s): | hraghupathi@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Stem, Inc. f/k/a Star Peak Energy Transition Corp., John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, Larsh Johnson, Prakesh Patel, Alan Russo, and Bryan Ho |

Name(s) of counsel (if any):

| |
|---|
| Boris Feldman, Doru Gavril, Carl Hudson, Jon Fougner<br>Freshfields US LLP |

Address: | 855 Main Street, Redwood City, CA 94063

Telephone number(s): | (650) 618-9250

Email(s): | boris.feldman@freshfields.com, doru.gavril@freshfields.com, carl.hudson@freshfields.com, jon.fougner@freshfields.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Vishal Lawale and Vishal P. Thakkar, individually and on behalf of all others similarly situated

Name(s) of counsel (if any):

Shawn A. Williams, Willow E. Radcliffe, Taeva C. Shefler
Robbins Geller Rudman & Dowd LLP

Address: One Montgomery Street, Suite 1800, San Francisco, CA 94104

Telephone number(s): (415) 288-4545

Email(s): shawnw@rgrdlaw.com, willowr@rgrdlaw.com, tshefler@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?     ⊙ Yes     ○ No

**Appellees**

Name(s) of party/parties:

Star Peak Energy Transition Corp., Eric Scheyer, and Alec Litowitz

Name(s) of counsel (if any):

Stefan Atkinson
Kirkland & Ellis LLP

Address: 601 Lexington Avenue, New York, NY 10022

Telephone number(s): (212) 446-4800

Email(s): stefan.atkinson@kirkland.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Continued List of Parties and Counsel:**

**Appellants:** Vishal Lawale and Vishal P. Thakkar, individually and on behalf of all others similarly situated

David C. Jaynes
Levi & Korsinsky, LLP
1160 Battery Street East, Suite 100
San Francisco, CA  94111
Telephone: (415) 373-1671
djaynes@zlk.com

Shannon L. Hopkins
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT  06905
Telephone: (203) 992-4523
shopkins@zlk.com